**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1929**

---

DAVIDSON MINING, INC.,

Petitioner,

versus

JOE R. WILCOXEN; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION    PROGRAMS,    UNITED    STATES
DEPARTMENT OF LABOR,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
(04-818-BLA)

---

Submitted: October 18, 2006        Decided: January 26, 2007

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony J. Cicconi, SHAFFER & SHAFFER, PLLC, Charleston, West
Virginia, for Petitioner.  Roger D. Forman, FORMAN & HUBER, LC,
Charleston, West Virginia, for Respondent Joe R. Wilcoxen.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davidson Mining, Inc., seeks review of the Benefits Review Board's ("Board") decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. <u>Davidson Mining, Inc. v. Wilcoxen</u>, No. 04-818-BLA (B.R.B. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>